IN RE YAVORCIK.

[Cite as *In re Yavorcik*, ___ Ohio St.3d ___, 2019-Ohio-31.]

(No. 2016-0648—Submitted January 8, 2019—Decided January 10, 2019.)

ON PETITION FOR REINSTATEMENT.

_____

{¶ 1} By order of May 2, 2016, and pursuant to Gov.Bar R. V(18)(A)(4), this court suspended respondent, Martin Edward Yavorcik, from the practice of law for an interim period. On October 2, 2018, the Board of Professional Conduct filed a certified copy of the trial court's September 20, 2018 entry vacating the judgment entry of conviction.

{¶ 2} Upon consideration thereof, it is ordered by the court that Martin Edward Yavorcik, Attorney Registration No. 0070681, last known address in Youngstown, Ohio, is reinstated to the practice of law in the state of Ohio pursuant to Gov.Bar R. V(18)(D). It is further ordered that reinstatement shall not terminate any pending disciplinary proceedings against respondent.

{¶ 3} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

{¶ 4} For earlier case, see *In re Yavorcik*, 146 Ohio St.3d 2016-Ohio-2740, 54 N.E.3d 1256.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

_____